■ JANE H. THIELE v. ROBERT H. THIELE.— Motion for a stay denied. The stay contained in the order to show cause, dated June 2, 1961, is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ANDREW B. CHURA v. NEW YORK CITY HOUSING AUTHORITY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ MURRAY FLUG v. ASCHLEE REALTY CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before July 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ AUTOMATIC AND PRECISION MANUFACTURING CORPORATION v. JAC KARLAN.— Motion for a stay denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer, and Bastow, JJ.

■ In the Matter of MORRIS ZEIGFINGER, as President of Skirt Makers' Union, Local 23, I. L. G. W. U., v. JOSEPH D. BAROUCH, Individually and Doing Business as ZENITH SPORTSWEAR Co.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated June 5, 1961, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 14, 1961, with notice of argument for September 26, 1961, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of MORRIS ZEIGFINGER, as President of Skirt Makers' Union, Local 23, I. L. G. W. U., v. CLASSIC TOGS, INC., et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated June 5, 1961, and on the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before September 14, 1961, with notice of argument for September 26, 1961, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DONALD MALLAY.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.